# EXHIBIT 2

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re:

THOMAS FRANCIS YOUNG and
CONNIE ANGELINA YOUNG,

Case No. 20-11844-t11
Chapter 11

Debtors.

## DISCLOSURE OF RE/MAX FIRST (MIRANDA MILLER) PURSUANT TO BANKRUPTCY RULE 2014

Miranda Miller ("**Miller**") of Re/Max First ("**RMF**") in connection with the *Chapter 11 Subchapter V Trustee's Application to Employ BK Global Real Estate Services and Re/Max First (Miranda Miller) as Real Estate Brokers* (the "**Application**") states:

1. To the best of the undersigned's knowledge, information, and belief, after making reasonable inquiry, neither Miller nor RMF has any connection with the Trustee, the above-captioned debtors (the "**Debtors**"), the Debtors' creditors, or any other party in interest in this case, or their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee, except as follows:

    (a) RMF may have provided real estate brokerage services in the past to the Trustee, the Debtors, and/or the Debtors' creditors;

    (b) RMF or its employees may subscribe to telephone and other utility services, and may purchase other goods and/or services, from vendors of the Debtors and/or the Trustee; and

    (c) Miranda Miller worked in the same building as the Debtor, Connie Young, several years ago.

2. The terms and arrangement for employing and compensating RMF, if the Court approves the Trustee's employment of RMF as real estate brokers in this case, are set forth in the proposed listing agreement attached to the Application as <u>Exhibit 1</u>.

3. Within one year prior to the commencement of this bankruptcy case, the Trustee has not paid RMF any amounts in connection with this case.

4. RMF has not shared or agreed to share with any other person or entity, other than with members or regular associates or employees of RMF, any compensation paid or to be paid by the Trustee in or in connection with this bankruptcy case, other than the commission split set forth in the application.

The undersigned verifies under penalty of perjury that the above is true and correct.

RE/MAX FIRST

By: _____
Miranda Miller
116 Central Park Square
Los Alamos, NM 87544
Phone: (505) 662-6789
Fax: (505) 662-4755